F.#2013R01261/OCDETF# WG-CR-21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                  13-CR-0461 (SJ)

JORGE HUMBERTO ESPITIA
ARCINIEGAS, et al.,

             Defendants.

- - - - - - - - - - - - - - - - - X

## BILL OF PARTICULARS

The United States of America, by and through its undersigned attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the property subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-styled criminal case includes, but is not limited to, the following:

    a. Real property located at 414 Water Street, Unit 1801, Baltimore, MD, including all structures, appurtenances and improvements thereon, said property being a condominium owned by Paul E. Sessomes;

    b. Real property located at 5075 Jericho Road, Columbia, MD, including all structures, appurtenances and improvements thereon, owned by Paul E. Sessomes and Juliet M. Branker; and

      c.  Approximately $43,334 in U.S. Currency, more or less, seized from the real property located at 5075 Jericho Road, Columbia, MD, on December 6, 2013.

Dated: Washington, DC
January 26, 2014

Respectfully submitted,

ARTHUR G. WYATT
Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:   /s/ *Adrián Rosales*
Adrián Rosales
Trial Attorney
(202) 598-2281